UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YEFERSON YOENI ALVAREZ RIVAS,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center; IMMIGRATION CUSTOMS AND ENFORCEMENT (ICE),<br><br>Respondents. | Case No.: 3:26-cv-03346-JES-JLB<br><br>**ORDER DISMISSING PETITION AS DUPLICATIVE AND CLOSING CASE** |

Petitioner Yeferson Yoeni Alvarez Rivas ("Petitioner") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Upon review, the Court notes that Petitioner filed a prior Section 2241 Petition in case No. 3:26-cv-00478-JES-JLB.

In the prior petition, the Court found Petitioner was entitled to a bond hearing under 8 U.S.C. § 1226(a). *See Alvarez Rivas v. Warden, Otay Mesa Detention Center*, No. 3:26-cv-00478-JES-JLB, ECF No. 6. The Government complied with the Court's order and provided Petitioner with an individualized bond hearing. *Id.*, ECF No. 8. At the hearing, the immigration judge denied bond, finding Petitioner "failed to show that he does not pose a danger or flight risk." ECF No. 8.

1

Petitioner filed this second habeas case, again seeking to challenge his immigration custody. ECF No. 1. A habeas petition is subject to summary dismissal when it is repetitive or duplicative. *See, e.g., Salas v. Att'y Gen.*, No. 2:23-cv-01118-TL-TLF, 2023 WL 5826738, at *2 (W.D. Wash. Aug. 21, 2023). The Petition here provides no new grounds for relief that were not raised in the prior Petition. Therefore, the Court **DISMISSES WITHOUT PREJUDICE** the Petition.

The Clerk of Court shall enter judgment dismissing this action without prejudice and shall close the case file.

**IT IS SO ORDERED.**

Dated: June 15, 2026

Honorable James E. Simmons Jr.
United States District Judge